**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Johnny Lee GORE, a/k/a Manager,**
**Defendant–Appellant.**

**No. 13–6598.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 30, 2013.

---

Johnny Lee Gore, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina; Susan Zalkin Hitt, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Lee Gore seeks to appeal the district court's order denying his motion to recuse or disqualify. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Gore seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*